AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Uzomah Colter | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.  4:15-cv-1128-BHH |
| Warden E. Taylor | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This Petition is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   October 13, 2015                               *CLERK OF COURT*

                                                       s/Debbie Stokes

                                                       *Signature of Clerk or Deputy Clerk*